Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 13 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ELEAZAR BIRRUETA MENDOZA and<br>GERMAIN REYNA SAUCEDO,<br><br>Defendants. | 1:24-CR-2007-SAB<br>INDICTMENT<br><br>Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

On or about January 18, 2024, in the Eastern District of Washington, the Defendants, JESUS ELEAZAR BIRRUETA MENDOZA and GERMAIN REYNA SAUCEDO, did knowingly and intentionally possess with the intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

INDICTMENT – 1

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), (b)(1)(C)(vi), as set forth in Counts 1-4 of this Indictment, the Defendants, JESUS ELEAZAR BIRRUETA MENDOZA and GERMAIN REYNA SAUCEDO, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- Ruger 1911 semi-automatic pistol, SN 671-30974
- $1,660 in US Currency

If any forfeitable property, as a result of any act or omission of the Defendants:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

INDICTMENT – 2

DATED this 13th day of February, 2024.

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Michael D. Murphy*
Michael D. Murphy
Assistant United States Attorney

INDICTMENT – 3