Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERMAIN REYNA SAUCEDO,<br><br>Defendant. | 1:24-CR-02007-SAB-2<br><br>UNITED STATES MOTION TO DISMISS INDICTMENT AS TO DEFENDANT GERMAIN REYNA SUACEDO<br><br>Without Oral Argument<br><br>October 30, 2024 – 6:30 p.m |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Michael D. Murphy, Assistant United States Attorney for the Eastern District of Washington, hereby moves for dismissal of the Indictment in this case as to Defendant Germain Reyna Saucedo. On February 13, 2024, an Indictment was filed charging the Defendant Germain Reyna Saucedo and his co-Defendant, Jesus Eleazar Birrueta

Government's Motion to Dismiss
as to Defendant Reyna Saucedo                                1

Mendoza, with a single count of Possession with Intent to Distribute 50 Grams or More of Actual (Pure) Methamphetamine, in violation of 21 U.S.C. 841(a)(1), (b)(1)(A)(viii).  (ECF No. 38).

Pursuant to Fed. R. Crim. P. 48(a), "the government may, with leave of the court, dismiss an indictment.  The prosecutor is 'the first and presumptively the best judge of whether a pending prosecution should be terminated." *United States v. Wallace*, 848 F.2d 1464, 1468 (9th Cir. 1988)(quoting *United States v. Cowan*, 524 F.2d 504, 513 (5th Cir. 1975)).  The government hereby moves pursuant to Fed. R. Crim. P. 48(a) to dismiss the indictment without prejudice as to Defendant Germain Reyna Saucedo, only. Counsel for the Defendant Germain Reyna Saucedo, James D. Kirkham, Esq., does not object to the instant motion.

DATED this 22nd day of October, 2024.

        VANESSA R. WALDREF
        United States Attorney

        s/ Michael D. Murphy
        MICHAEL D. MURPHY
        Assistant United States Attorney

I hereby certify that on October 22, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the counsel of record in this case.

s/Michael D. Murphy
MICHAEL D. MURPHY
Assistant United States Attorney
United States Attorney's Office
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Phone: (509) 454-4425
